Tanya E. Moore, SBN 206683
K. Randolph Moore, SBN 106933
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile  (408) 298-6046

Attorneys for Plaintiff
Daniel Delgado

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL DELGADO,<br><br>  Plaintiff,<br><br> vs.<br><br>ALI SADIK, JUAN GALINDO dba BUTLER MINI MART,<br><br>  Defendants. | No.  1:11-CV-00379-LJO-SKO<br><br>**PLAINTIFF'S REQUEST TO CONTINUE SCHEDULING CONFERENCE; ORDER** |

   Plaintiff Daniel Delgado ("Plaintiff") hereby respectfully requests that the Court continue the scheduling conference currently scheduled for August 2, 2011 at 9:45 a.m. to September 27, 2011 at 9:30 a.m. for the following good cause:

   1.   Defendant Juan Galindo, dba Butler Mini Mart, has been properly served with the summons and complaint but has not responded within the time permitted by law.  Plaintiff has advised Mr. Galindo that if a responsive pleading is not filed, a default will be taken against him.  Assuming no responsive pleading is filed, Plaintiff will shortly be filing a request to enter default and supporting documents as to Mr. Galindo.

   2.   Plaintiff has been diligently trying to serve defendant Ali Sadik at multiple different addresses and on many different occasions but has been unable to locate him.  If Plaintiff is not imminently able to locate Mr. Sadik and effect service, Plaintiff will be

motioning the Court for an order allowing for the publication of the summons and complaint based on the extensive efforts which have been made to personally serve Mr. Sadik.

3. There are presently no defendants who have appeared in this action and thus no defendant would be able to participate in the scheduling conference currently set for August 2, 2011.

Date: July 21, 2011                    MOORE LAW FIRM, P.C.


                                       /s/Tanya E. Moore
                                       Tanya E. Moore
                                       Attorneys for Plaintiff Daniel Delgado


**ORDER**

**IT IS HEREBY ORDERED** that the scheduling conference currently set for August 2, 2011, be continued to September 27, 2011, at 9:30 a.m. in Courtroom 8 before Magistrate Sheila K. Oberto. Plaintiff shall file any motion and order for service by publication by no later August 10, 2011.

IT IS SO ORDERED.

Dated:   **July 21, 2011**                    **/s/ Sheila K. Oberto**
                                       UNITED STATES MAGISTRATE JUDGE

*Delgado v. Sadik, et al.*
Request for Continuance of Scheduling Conference
Page 2