**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL DELGADO,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ALI SADIK, JUAN GALINDO dba BUTLER MINI MART,<br><br>　　　　Defendants. | No. 1:11-cv-00379-LJO-SKO<br><br>**ORDER GRANTING PLAINTIFF ADDITIONAL TIME TO EFFECT SERVICE ON DEFENDANT ALI SADIK** |

　　The Court, having reviewed Plaintiff's request for additional time to effect service on defendant Ali Sadik, and the Declaration of Tanya E. Moore submitted therewith, and finding good cause therefor, hereby orders that Plaintiff Daniel Delgado shall have to and including August 26, 2011, to file a proof of service of summons for Defendant Ali Sadik or alternatively a motion for publication of summons.

IT IS SO ORDERED.

　Dated:　**August 11, 2011**　　　　　　　　　　　**/s/ Sheila K. Oberto**
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

*Delgado v. Sadik, et al.*
Order re Request for Additional Time to Effect Service on Defendant
Page 1